UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 6, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                         Plaintiff,        )<br>v.                                                       )<br>                                                              )<br>DENNIS WERTZ ,                              )<br>                                                              )<br>_____Defendant._____)  | Violation No(s): 3889732/CA52;<br>3889733/CA52; 3889734/CA582<br>2565544/CA52<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY<br><br>2:15 - MJ - - 163    CKD |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DENNIS WERTZ</u>, Case No. <u>3889732; 3889733;</u> <u>3889734; 2565544</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

          __    (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 6, 2015</u> at _____2:25_____ pm.

By ___/s/ Dale A. Drozd___
Dale A. Drozd
United States Magistrate Judge